PROB 12C
(7/93)

Report Date: November 9, 2012

# United States District Court

for the

## Eastern District of Washington

NOV - 9 2012

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sarah Butler                Case Number: 2:12CR06011-003 -JPH

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable James P Hutton, U.S. Magistrate Judge

Date of Original Sentence: 10/18/2012

| | | |
|---|---|---|
| Original Offense: | Attempt and Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 190 Days; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: 10/18/2012 |
| Defense Attorney: | Troy Joseph Lee | Date Supervision Expires: 10/17/2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |
| | **Supporting Evidence**: Sarah Butler is considered in violation of her period of supervised release in the Eastern District of Washington by using alcohol. |
| | On November 9, 2012, the defendant's grandmother was contacted after the defendant could not be located. During the discussion she noted the defendant came home "drunk" a few nights prior. As the defendant is in chemical dependancy treatment she can not consume any alcohol. |
| 2 | **Special Condition # 14**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay. |

**Supporting Evidence**: Sarah Butler is considered in violation of her period of supervised release in the Eastern District of Washington by failing to report for a mental health evaluation on or prior to November 9, 2012.

The defendant was scheduled for a mental health assessment on November 9, 2012, at noon. The defendant failed to report for the assessment as directed. Contact was made with the defendant's grandmother by the treatment provider and this officer about the defendant's whereabouts. It was related the defendant had left the residence the night of November 8, 2012, and has not been home since.

3   **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Sarah Butler is considered in violation of her period of supervised release in the Eastern District of Washington by using a controlled substance methamphetamine, on or prior to November 8, 2012.

On November 8, 2012, the defendant reported to the probation office in Richland and admitted she had used methamphetamine with a friend the night prior. A urinalysis test was completed which returned a presumptive positive test for methamphetamine. The sample was forwarded for confirmation.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/09/2012

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

Prob12C
Re: Butler, Sarah
November 9, 2012
Page 3

_____11/9/12_____
Date