PROB 12C
(7/93)

Report Date: May 29, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 29 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sarah Butler | Case Number: 2:12CR06011-003 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 10/18/2012

| | | | |
|---|---|---|---|
| Original Offense: | Attempted and Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison - 190 Days; TSR - 60 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Mary Katherine Dimke | Date Supervision Commenced: | 10/18/2012 |
| Defense Attorney: | Troy Joseph Lee | Date Supervision Expires: | 10/17/2017 |

### PETITIONING THE COURT

**To incorporate the violations contained in this petition and also to issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Sarah Butler is considered in violation of her period of supervised release by providing a false address on or prior to May 24, 2013.<br><br>On May 24, 2013, the defendant was asked, via a text message, what her current address was. The defendant provided 1807 W. 21st Avenue in Kennewick. On May 29, 2013, an attempt was made to contact the defendant at the listed address. A business card was left as no one was at home. Later in the day, the defendant's stepmother called and confirmed she was not living at the residence. |

Prob12C
Re: Butler, Sarah
May 29, 2013
Page 2

| | |
|---|---|
| 8 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: Sarah Butler is considered in violation of her period of supervised release by failing to provide a current address and absconding from supervision on or prior to May 29, 2013.<br><br>As noted above, contact was attempted at the last address the defendant provided to probation. It was confirmed that the defendant is not living at the residence. At this time the defendant's whereabouts are unknown. |
| 9 | **Special Condition # 14**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.<br><br>**Supporting Evidence**: Sarah Butler is considered in violation of her period of supervised release by being terminated from mental health treatment on May 29, 2013.<br><br>On May 29, 2013, Riverview Counseling Services contacted the probation office and advised the defendant had missed her scheduled session. Due to the defendant's actions, she has been removed from treatment. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/29/2013

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
Re: Butler, Sarah
May 29, 2013
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

*May 29, 2013*
Date