PROB 12C
(7/93)

Report Date: May 30, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 31 2013

SEAN F. McAVOY, CLERK
               DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sarah Butler                Case Number: 2:12CR06011-003

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 10/18/2012

Original Offense:        Attempted and Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:       Prison - 190                  Type of Supervision: Supervised Release
                         Days; TSR - 60
                         Months

Asst. U.S. Attorney:     Mary Katherine Dimke          Date Supervision Commenced: 10/18/2012

Defense Attorney:        Troy Joseph Lee               Date Supervision Expires: 10/17/2017

## PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 5/15/2013 and 5/29/2013.**

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**       **Nature of Noncompliance**

10                         **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

                           **Supporting Evidence**: Sarah Butler is considered in violation of her period of supervised release in the Eastern District of Washington by failing to attend chemical dependancy treatment and providing false information to the treatment provider on May 29, 2013.

                           The defendant was scheduled for her weekly chemical dependancy meeting with First Step Community Counseling on May 29, 2013. She called them and stated she would not be able to attend her treatment session as she had a meeting with her probation officer. The defendant did not have an appointment with her probation officer on May 29, 2013, and she did not attend her treatment session. At this time, the defendant is in non-compliance with her chemical dependancy treatment.

Prob12C
Re: Butler, Sarah
May 30, 2013
Page 2

| | | |
|---|---|---|
| 11 | | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Sarah Butler is considered in violation of her period of supervised release in the Eastern District of Washington by failing to report for random urinalysis testing on May 29, 2013.

The defendant was scheduled for a random urinalysis testing on May 29, 2013, at First Step Community Counseling. The defendant had from 7 a.m. to 7 p.m. to report and provide the sample. The defendant failed to report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/30/2013

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

5/31/13
Date