PROB 12C
(6/16)

Report Date: November 10, 2016

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sarah Butler | Case Number: 0980 2:12CR06011-EFS-3 |

Address of Offender: ███████  Mabton, Washington 98935

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 18, 2012

| | | |
|---|---|---|
| Original Offense: | Attempt and Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 190 days; TSR - 60 days | Type of Supervision: Supervised Release |
| Revocation Sentence: 07/09/13 (Appealed) | Prison - 8 months; TSR - 52 months | |
| Revocation Re-sentencing: 05/22/14 | Prison - credit for time served; TSR - 48 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: May 21, 2014 |
| Defense Attorney: | Federal Defenders, Yakima | Date Supervision Expires: July 8, 2017 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Sarah Butler is considered in violation of her period of supervised release in the Eastern District of Washington by using a controlled substance, marijuana, on or before October 26, 2016. |
| | Ms. Butler reported to the U.S. Probation Office in Richland on October 4, 2016. She provided a urinalysis (UA) sample which tested presumptive positive for the presence of THC. At this point, Ms. Butler denied use of THC. Results from this test were received on |

October 8, 2016, from Alere Laboratories, with positive results for the presence of THC.

Ms. Butler reported to the U.S. Probation Office on October 11, 2016. At this time she admitted to smoking marijuana, and stated she did not admit to using marijuana the previous week as she was scared. She denied further use of controlled substances. Ms. Butler was directed to report weekly, in person, on Monday's for UA testing to monitor her THC levels.

On October 17, 2016, Ms. Butler reported to the U.S. Probation Office as directed and submitted a UA test. The test was sent to Alere Laboratories for confirmation and testing. Results were received on October 21, 2016, confirming this sample was positive for the presence of THC.

Ms. Butler reported on October 24, 2016 and provided a UA test that was presumptive positive for THC. She denied further use of marijuana at this time. Results of this test were received from Alere Laboratories on October 27, 2016, and confirmed the sample was positive for THC.

On October 31, 2016, Ms. Butler report and provided a UA test that tested presumptive positive for THC and cocaine. Ms. Butler denied using either substance, and the sample was submitted to Alere Laboratories for further testing. On November 3, 2016, results from Alere Laboratories were received which confirmed this UA test was positive for THC and cocaine.

Ms. Butler was contacted by phone on November 4, 2016. She admitted that her last use of marijuana was on October 26, 2016. She was directed to continue reporting, in person, to the U.S. Probation Office in Richland to continue UA monitoring.

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Sarah Butler is considered in violation of her period of supervised release in the Eastern District of Washington by using a controlled substance, cocaine, on or before October 31, 2016.

On October 31, 2016, Ms. Butler report and provided a UA test that tested presumptive positive for THC and cocaine. Ms. Butler denied using either substance, and the sample was submitted to Alere Laboratories for further testing. On November 3, 2016, results from Alere Laboratories were received which confirmed this UA test was positive for THC and cocaine.

Ms. Butler was contacted by phone on November 4, 2016. She denied using cocaine, but admitted that her last use of marijuana was on October 26, 2016. She was directed to continue reporting, in person, to the U.S. Probation Office in Richland to continue UA monitoring.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/10/2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

November 10, 2016

Date