PROB 12C
(6/16)

Report Date: December 7, 2016

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2016

SEAN F. McAVOY, CLERK

Name of Offender: Sarah Butler                          Case Number: 0980 2:12CR06011-003

Address of Offender:                 th

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 18, 2012

| | | |
|---|---|---|
| Original Offense: | Attempt and Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison 190 days; TSR - 60 days | Type of Supervision: Supervised Release |
| Revocation Sentence: 07/09/13 (Appealed) | Prison - 8 months; TSR - 52 months | |
| Revocation Re-sentencing: 05/22/2014 | Prison - credit for time served; TSR - 48 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: May 21, 2014 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: July 8, 2017 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/10/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Sarah Butler is considered in violation of her period of supervised release in the Eastern District of Washington by using a controlled substance, marijuana, on or about November 14, 2016. |

Prob12C
**Re: Butler, Sarah
December 7, 2016
Page 2**

Ms. Butler reported to the U.S. Probation Office on November 7, 2016, as she was directed to report weekly due to providing prior positive UA tests. This sample tested positive for THC and was sent to Alere Laboratories for confirmation and testing. Results were received on November 10, 2016, confirming this sample was positive for the presence of THC.

Ms. Butler provided a UA sample on November 14, 2016, which tested positive for THC and was sent to Alere Laboratories for confirmation and testing. Results were received on November 17, 2016, confirming this sample was positive for the presence of THC.

On November 21, 2016, Ms. Butler reported and provided a UA that tested presumptively positive for THC. The UA sample was sent to Alere Laboratories for confirmation and testing. Results were received on November 25, 2016, confirming this sample was positive for THC.

The undersigned officer contacted Alere Laboratories on December 1, 2016, and requested an interpretation of the UA results, specifically for levels of THC use during the time period of October 4, 2016, through November 28, 2016.

Alere Laboratories responded on December 5, 2016. The report was written and interpreted by Alere's Director of Toxicology. In his opinion, and based on the THC levels, Ms. Butler reused marijuana before October 24, 2016; and November 14, 2016. The results from the UA tests submitted on October 31, 2016; November 7, 2016; and November 21, 2016, were inconclusive, and Alere was unable to determine if this was new use or residual elimination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/07/2016

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C

Prob12C
**Re: Butler, Sarah**
**December 7, 2016**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [x] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Edward F. Shea*
Signature of Judicial Officer

December 7, 2016
Date